IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01107-MSK-MJW

ARVADA DEVELOPMENT GROUP, LLP,

Plaintiff,

v.

ALL ENVIRONMENTAL, INC. d/b/a/ AEI Consultants,

Defendant.

---

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

---

THIS MATTER comes before the Court on the parties' joint response **(#7)** to the Court's Order to Show Cause **(#6)** dated July 16, 2007. Having considered the same,

**IT IS HEREBY ORDERED** that the Order to Show Cause is deemed satisfied and is **DISCHARGED.**

Dated this 9th day of October, 2007

**BY THE COURT:**

Marcia S. Krieger

Marcia S. Krieger
United States District Judge