IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01107-MSK-KMT

ARVADA DEVELOPMENT GROUP, LLP,

    Plaintiff,

v.

ALL ENVIRONMENTAL, INC. d/b/a/ AEI Consultants,

    Defendant.
_____

## ORDER RESETTING FINAL PRETRIAL CONFERENCE
_____

THIS MATTER comes before the Court *sua sponte*. A scheduling conflict exists on the date this matter is set for a Final Pretrial Conference. Accordingly,

**IT IS ORDERED** that the Final Pretrial Conference previously set for April 16, 2008, is **reset to Tuesday, April 22, 2008, at 4:00 p.m.**

DATED this 22nd day of January, 2008.

                                                BY THE COURT:

                                                *[signature]*
                                                Marcia S. Krieger
                                                United States District Judge