IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01107-MSK-KMT

ARVADA DEVELOPMENT GROUP, LLP, an Arizona limited liability partnership,

    Plaintiff,

v.

ALL ENVIRONMENTAL, INC., a California corporation, d/b/a AEI CONSULTANTS,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendant's "Unopposed Motion to Withdraw Motion to Compel Production of Documents" (#51, filed May 29, 2008) is GRANTED. "Defendant's All Environmental, Inc.'s Motion to Compel Production of Documents" (#43, filed April 29, 2008) is WITHDRAWN.

Dated: June 2, 2008